UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In Re: Willie D Lewis, Jr,            Chapter 13 Bankruptcy
       Debtor(s)                            Case No. 11-31688- svk

---

**STIPULATION ALLOWING WITHDRAWAL
OF TRUSTEE'S MOTION TO DISMISS**

---

An order for relief pursuant to 11 U.S.C. Chapter 13 having been entered in the case of the debtor named above and a subsequent Motion to Dismiss this case pursuant to 11 U.S.C. § 1307(c) having been brought by the Trustee, the parties hereby stipulate and agree as follows:

1. The Trustee is allowed to withdraw the Motion to Dismiss.

2. Should there be any subsequent plan default, the Trustee may renew the Motion to Dismiss by letter to the court.

STIPULATED AND AGREED TO:

/s/
Office of the Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
(414) 271-3943

/s/
Daniel T. Beasley, Attorney for Debtor
DeLadurantey Law Office
735 West Wisconsin Avenue,
Milwaukee, WI 53233
(414)377-0515

Prepared by:
Robert W. Stack, Staff Attorney
Office of the Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
T: (414) 271-3943
F: (414) 271-9344